IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EARL JONES, | |
| Plaintiff, | CIVIL ACTION NO.: 6:16-cv-41 |
| v. | |
| WARDEN STANLEY WILLIAMS, | |
| Defendant. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which no Objections have been filed. Plaintiff's Motion for a Preliminary Injunction or Temporary Restraining Order, (doc. 4), is **DENIED**.

Plaintiff is reminded to follow the directives set forth in the Magistrate Judge's Order dated April 22, 2016. (Doc. 7.)

**SO ORDERED**, this 24th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA