IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EARL JONES,

    Plaintiff,

v.

WARDEN STANLEY WILLIAMS,

    Defendant.

CIVIL ACTION NO.: 6:16-cv-41

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dated June 29, 2016. (Doc. 12). Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Magistrate Judge recommended that the Court dismiss this action for Plaintiff's abuse of the judicial process. Id. In lieu of filing Objections to the Magistrate Judge's Report and Recommendation, Plaintiff filed an Amendment to his Complaint in which he attempts to assert additional claims. Under Federal Rule of Civil Procedure 15(a), a party may amend a complaint "once as a matter of course at any time before a responsive pleading is served." The Eleventh Circuit has made clear that the Prison Litigation Reform Act ("PLRA") does not change this right to amend. Brown v. Johnson, 387 F.3d 1344, 1349 (11th Cir. 2004) ("We agree with the majority of circuits that the PLRA does not preclude the district court from granting a motion to amend. Nothing in the language of the PLRA repeals Rule 15(a). Because [plaintiff] filed his motion to amend before the district court dismissed his complaint and before any

responsive pleadings were filed, [plaintiff] had the right to amend his complaint under Rule 15(a)."). However, Plaintiff already amended his Complaint prior to the Report and Recommendation. (Doc. 8.) Moreover, Plaintiff's Amendment is not responsive to the Magistrate Judge's Report and Recommendation and does not remedy Plaintiff's abuse of the judicial process.

Consequently, the Court **DISMISSES** this action and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 17th day of August, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA